## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HUBERT JACKSON, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 20-1387 |
| | ) | District Judge Joy Flowers Conti/ |
| v. | ) | Magistrate Judge Maureen P. Kelly |
| | ) | |
| ERIC TICE, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

**IT IS HEREBY ORDERED** this 3rd day of December 2020, after *de novo* review of the

record and the Report and Recommendation, the Petition is dismissed pre-service.  To the extent

a certificate of appealability is required, it is denied.  The Report and Recommendation is adopted

as the opinion of the court, as supplemented by the accompanying memorandum opinion.

BY THE COURT:


s/ Joy Flowers Conti
JOY FLOWERS CONTI
SENIOR UNITED STATES DISTRICT JUDGE


cc:     The Honorable Maureen P. Kelly
        United States Magistrate Judge

        HUBERT JACKSON
        AJ2373
        SCI Somerset
        1600 Walters Mill Road
        Somerset, PA 15510